UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-02220-WBS-CSK |
| | No. 2:24-cv-02221-WBS-CSK |
| | No. 2:24-cv-02326-WBS-CSK |
| | No. 2:24-cv-02328-WBS-CSK |
| | No. 2:24-cv-02329-WBS-CSK |
| | No. 2:24-cv-02334-WBS-CSK |
| | No. 2:24-cv-02338-WBS-CSK |
| | No. 2:24-cv-02340-WBS-CSK |
| | No. 2:24-cv-02361-WBS-CSK |
| | No. 2:24-cv-02362-WBS-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
2  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
3  the Court to open a new case for each attempted new pleading and assign it to the Court for
4  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
5  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)
6      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.
8      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02220, 2:24-cv-02221, 2:24-cv-
9  02326, 2:24-cv-02328, 2:24-cv-02329, 2:24-cv-02334, 2:24-cv-02338, 2:24-cv-02340, 2:24-cv-
10  02361 and 2:24-cv-02362 are DISMISSED; the Clerk of the Court is directed to close these cases.
11  No further filings will be accepted.
12  Dated:  September 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE